IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JACQUEL SEARLES, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) CASE NO. CV421-279 |
| UNITED STATES OF AMERICA, | ) CR416-267 ) |
| Respondent. | ) ) ) ) |

## O R D E R

On August 9, 2022, this Court denied Petitioner Jacquel Searles's motion for extension of time but gave Petitioner an additional thirty (30) days to file objections to the Magistrate Judge's report and recommendation. (Doc. 8 at 1-2.) The Court informed Petitioner it would consider whether reconsideration of its order adopting the report and recommendation was warranted upon receipt of Petitioner's objections. (Id.) The deadline for Petitioner to file objections has passed, and Petitioner has filed no objections. Accordingly, the Court sees no reason to disturb its prior order (Doc. 5), and the report and recommendation (Doc. 4) remains the Court's opinion in this case.

SO ORDERED this 22ᴺᴰ day of December 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA